December 1, 2009

United States District Court
District of Maryland
101 W. Lambard Street
Baltimore, MD 21201

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 3 2009

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Michael A. Scardigno, Pro Se
275 Route 10 East, Suite 220-310
Succasunna, NJ 07876

Re: Michael Scardigno v. Martek Biosciences Corp., et al.

Civil Action No.: 09-CV-02716 (CCB)

Dear Judge Blake:

I received the attached letter from Hogan & Hartson regarding the method of service.

The package of 15 complete complaints were sent via USPS through their express service with the service type classification of Certified Mail, it's checked off on the green Domestic Return Receipt which was signed on November 13, 2009 at Hogan & Hartson.

I am providing the court USPS with a copy of the Domestic Return Receipt, article # 7009 1680 0002 1071 8532, and a printout from the on-line confirmation on the USPS web site. Mr. Gately, Hogan & Hartson, is either representing the listed defendants in his letter, as he states he is, or he is not.

Service through USPS certified mail with a Domestic Return Receipt can be not be invalid especially since Hogan & Hartson already has other complaints based on the same claims of fraud against the same defendants, and was accepted by them, using an identical method of service.

Sincerely,

Michael A. Scardigno

cc:    Mark D. Gately
       Hogan & Hartson
       Harbor East
       100 International Dr. Suite 2000
       Baltimore, MD 21202

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

A B Joyner

1. Article Addressed to:

MARK D. GATELY
HOGAN + HARTSON
III S. CALVERT ST.
        SUITE 1600
BALTIMORE, MD 21202

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

NOV 1 3 2009

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 1680 0002 1071 8532

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

 **UNITED STATES POSTAL SERVICE**®

Home | He

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 1680 0002 1071 8532**
Class: **Priority Mail**®
Service(s): **Certified Mail**™
              **Return Receipt**
Status: **Delivered**

Your item was delivered at 8:34 AM on November 13, 2009 in
BALTIMORE, MD 21202.

Detailed Results:

- **Delivered, November 13, 2009, 8:34 am, BALTIMORE, MD 21202**
- **Acceptance, November 10, 2009, 11:05 am, FLORHAM PARK, NJ 07932**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Track & Confirm

Enter Label/Receipt Number.

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gat

**Copyright© 2009 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA