In The United States District Court
For The District of Maryland

_____

Michael Scardigno,
       Plaintiff

                                Civil Action No: 09-CV-02716 (CCB)

    Vs.
Martek Biosciences Corp., et al.,
      Defendants.

_____

Motion to consolidate civil actions into one civil complaint

        CCB-09-2623     Smith
        CCB-09-3043     Miles
        CCB-09-2716     Scardigno
        CCB-09-2280     Csabai
        CCB-09-3124     Dale
                             Curtis J. Landsberger (Pending)

_____
Michael Scardigno
275 Route 10 East, Suite 220-310
Succasunna, NJ 07876
(973)713-6606

Certificate of Service

I hereby certify that on the 14th day of December, 2009. I caused true and correct copies of the forgoing Plaintiff's Motion to consolidate civil complaints against Martek Biosciences et., al. served by First Class Mail on defendants attorney's at the following address.

Mark D. Gately
Hogan & Hartson LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, MD 21202

Michael Scardigno
275 Route 10 East, Suite 220-310
Succasunna, NJ 07876
(973)713-6606