December 28, 2009

United States District Court
District Of Maryland
101 W. Lombard Street
Baltimore, MD   21201

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 3 0 2009

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Michael A. Scardigno
275 Route 10 East, Ste 220-310
Succasunna, NJ  07876-1715

Re: Michael Scardigno vs. Martek Biosciences Corp, et al.
Civil Action No:  09-CV-02716 (CCB)

Dear Judge Blake:

Enclosed please find summons documents in the above referenced case for defendants Martek Biosciences Corp., Henry Linsert Jr, and Peter L. Buzy.  I am requesting that these summons' be re-issued so that I may make an additional service directly to these defendants and/or their registered agents.

I am also requesting that I be allowed to service all the defendants via publication, as I have no way of determining their current addresses, and it is likely that defendants will avoid service even if this information were known to me.

Sincerely,

Michael A. Scardigno

cc:     Mark D. Gately
        Hogan & Hartson
        Harbor East
        100 International Drive Suite 2000
        Baltimore, MD          21202