IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MICHAEL A. SCARDIGNO, <br><br> Plaintiff, <br><br> v. <br><br> MARTEK BIOSCIENCES CORP., et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:2009cv02716CCB |

## DECLARATION OF ANDREA W. TRENTO

This Declaration of Andrea W. Trento in Support of the Defendants' Motion to Enforce Order and to Dismiss Action for Lack of Service of Process is submitted in accordance with and pursuant to 28 U.S.C. § 1746.

I, Andrea W. Trento, declare under the penalty of perjury that the following statements are true and correct. The facts stated in this declaration are known to me of my own personal knowledge.

1.  I am an Associate at the law firm Hogan & Hartson L.L.P., counsel for the Defendants in the above-captioned action. I am admitted to practice in this Court.

2.  Attached hereto as Exhibit A is the signed Complaint filed by Plaintiff in this Action with the Clerk of Court on October 19, 2009, together with the civil cover sheet [Dkt No. 1] (the "Operative Complaint").

3. Attached hereto as Exhibit B is the unsigned complaint and all other papers purportedly served by Plaintiff on February 4, 2010, on Defendant Martek Biosciences Corp. ("Martek"), along with a transmittal sheet from Martek's agent authorized to accept service.

4. Attached hereto as Exhibit C is the unsigned complaint and all other papers purportedly served by Plaintiff on February 4, 2010 on defendant Peter L. Buzy.

5. Attached hereto as Exhibit D is the unsigned complaint and all other papers purportedly served by Plaintiff on February 4, 2010 on defendant Henry Linsert, Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2010

                                                                                   /s/
                                                                 Andrea W. Trento