IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. SCARDIGNO          :
                              :
     v.                       :     CRIMINAL NO. CCB-09-2716
                              :
MARTEK BIOSCIENCES CORP., ET AL.  :
               ...o0o...

## **ORDER**

The plaintiff Michael Scardigno having failed to properly serve any of the defendants in this case, despite being given an extension of time to do so, it is hereby **ORDERED** that:

1. the defendants' unopposed motion to enforce order (docket entry no. 19) is **Granted**;

2. this case is **Dismissed**; and

3. the Clerk shall send copies of this Order to the plaintiff and to counsel of record.


| March 22, 2010 | /s/ |
|---|---|
| Date | Catherine C. Blake |
|  | United States District Judge |